April 19, 1973.

M. P. No. 73-69. DAVID A. STREETER *et al. v.* JAMES SIGNORELLI *et al.* Petition for writ of procedendo ad judicium denied. Joslin, J., not participating. *Berberian & Tanenbaum, Aram K. Berberian,* for petitioners. *Richard J. Israel,* Attorney General, *George H. Egan,* Special Asst. Attorney General, for James Signorelli.

M. P. No. 73-87. NARRAGANSETT RACING ASSOCIATION, INC. *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for writ of certiorari granted. Joslin, J., not participating. *Stephen F. Achille,* for plaintiff-respondent. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, for defendant-petitioner.